Glade **FAATZ**, Plaintiff and Respondent,

v.

Warren L. **FORSYTHE** and Ameriwest, Defendant and Appellant.

No. 16379.

Supreme Court of Utah.

Feb. 27, 1980.

K. L. McIff of Jackson, McIff & Mower, Richfield, for defendant and appellant.

Tex R. Olsen of Olsen & Chamberlain, Richfield, for plaintiff and respondent.

---

PER CURIAM:

This is an appeal from that portion of a judgment of the District Court, Sevier County, which awarded plaintiff $755.25. A recitation of the facts would not be illuminating. The sole contention on appeal, in essence, relates to plaintiff's claim that the findings are not supported by the evidence. We disagree. A review of the record shows that these findings and, hence, the judgment are supported by credible, substantial evidence.

Affirmed. Costs to plaintiffs.

HALL, Justice (dissenting):

The ruling of the trial court is necessarily based upon inadmissible parol evidence offered for the purpose of varying the terms of the unambiguous contract of the parties.

I would reverse.